

FILED
IN OPEN COURT

FEB 4 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:21cr97 |
| THOMAS RYAN HASSELL, | |
| Defendant. | |

## STATEMENT OF FACTS

The United States and the defendant, THOMAS RYAN HASSELL (hereinafter, "the defendant" or "HASSELL"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. During January 2021, HASSELL sex-trafficked a minor female, Jane Doe 1, in the Hampton Roads Region, including in Norfolk, Virginia. During January 2021, Jane Doe 1 was 17 years old, and HASSELL was aware that Jane Doe 1 was a minor. HASSELL directed Jane Doe 1 to send him pictures to use for commercial sex advertisements and advertised her for commercial sex appointments, or "dates" using Internet websites, including skipthegames.com. HASSELL also set up commercial sex dates for Jane Doe 1, rented hotel rooms to house Jane Doe 1 and to use for dates, provided controlled substances to Jane Doe 1, and collected at least 50% of Jane Doe 1's proceeds from commercial sex.

2. On January 16, 2021, Homeland Security Investigations (HIS) Task Force Officers (TFOs) from Norfolk Police Department (NPD) initiated an undercover sex-trafficking operation at the Norfolk Marriott Waterside, located in Norfolk, Virginia. The undercover investigator (UC) responded to an advertisement on skipthegames.com and made an agreement for commercial sex with a young female, later identified as Jane Doe 1. The UC encountered Jane Doe 1 inside

1

the hotel room. Shortly after the UC entered the hotel room, the juvenile received a phone call from an unknown individual, later identified as HASSELL. HASSELL warned Jane Doe 1 that police were at the hotel. Jane Doe 1 then told the UC to leave the room as the police were at the hotel. Upon being taken into custody, Jane Doe 1 damaged and attempted to destroy her cell phone and commented to law enforcement that the phone would contain incriminating evidence.

3. Law enforcement located a quantity of methamphetamine on Jane Doe 1's person. Law enforcement interviewed Jane Doe 1, who identified HASSELL as her friend. Jane Doe 1 further stated that HASSELL took half of the money she earned from engaging in commercial sex, sent her commercial sex clients and rented hotel rooms in which she engaged in commercial sex. She stated that she sent Hassell nude photographs of herself which he posted on the Internet to advertise commercial sex with her. Jane Doe 1 stated that she was introduced to HASSELL by another individual for the purpose of commercial sex.

4. NPD obtained the Norfolk Marriott Waterside hotel registry which revealed the names of two individuals. NPD determined that one of these individuals was the victim of identity theft and resides in Texas. The other individual, THOMAS RYAN HASSELL, was identified by hotel staff as being the occupant of the room in which Jane Doe 1 was rescued. Hotel staff provided records indicating that the payment method used to cover HASSELL's hotel stays from January 2-10, 2021 and January 9-18, 2021, was found to be fraudulent.

5. Law enforcement obtained a search warrant for Jane Doe 1's cellular phone, and a forensic examination of the phone revealed text communications between the juvenile and HASSELL discussing commercial sex dates and pricing for approximately ten days leading up to the date law enforcement encountered Jane Doe 1.

6. On March 24, 2021, NPD arrested Hassell in Newport News, Virginia and searched his residence in Portsmouth, Virginia pursuant to a search warrant. A search of Hassell and his vehicle incident to arrest revealed multiple documents that were identified as being stolen identities, as well as check printing material, and other items consistent with creating fictitious credit/debit cards. The search of Hassell's home revealed fraudulent credit/debit cards, numerous receipts of transactions using known stolen identities, a 9mm Taurus handgun, and a large quantity of marijuana. Hassell's wife was present at the home at the time of the search and stated that Hassell received the firearm from "Chris". She added that Hassell told her it was not illegal to possess or grow marijuana.

7. After his arrest, and post-Miranda, Hassell acknowledged that he assisted the Jane Doe 1 with securing hotel rooms for the purpose of commercial sex and took a portion of her earnings. He further admitted to posting ads for commercial sex with the juvenile. He further admitted to knowing there was a firearm in his home and that he is a convicted felon.

8. The Internet is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders. Further, the hotels used by HASSELL and Jane Doe 1 accepted guests who traveled in interstate commerce and the use of these hotels involved and affected interstate commerce.

9. The cities of Norfolk, Newport News, and Portsmouth are within the Eastern District of Virginia.

10. During January 2021, within the Eastern District of Virginia, THOMAS RYAN HASSELL, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, Jane Doe 1, having had a reasonable opportunity to observe the person and knowingly and in reckless disregard

of the fact that Jane Doe 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

11. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

12. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Megan M. Montoya
Anthony Mozzi
Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, THOMAS RYAN HASSELL, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
THOMAS RYAN HASSELL

I am David Good, defendant's attorney.  I have carefully reviewed the above Statement of Facts with him.   To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
David Good, Esq.
Attorney for THOMAS RYAN HASSELL

5